

The Trial and Appellate Law Firm

1221 McKinney Street, Suite 4500
Houston, Texas 77010
Phone: 713.951.3700   Fax: 713.951.3720
www.beckredden.com

ACCEPTED
15-25-00016-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 3:47 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/11/2025 3:47:41 PM
CHRISTOPHER A. PRINE
Clerk

Alistair B. Dawson
713.951.6285
adawson@beckredden.com

February 11, 2025

Christopher A. Prine                                                Via E-File
Clerk of the Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas  78701

Re:    15-25-00016-CV; *In re Marty Berry and Axis Midstream Holdings, LLC*; in the Court of
       Appeals, Fifteenth District, at Austin, Texas

Dear Mr. Prine:

I represent Real Party-in-Interest Albert Theodore ("Ted") Powers in the litigation that is the subject of this mandamus proceeding.  Counsel for Relators informed us yesterday that he planned to file a mandamus proceeding and would file a motion to stay in this Court.  I am in receipt of the Relators' Emergency Motion for Temporary Relief that was filed this afternoon.  With the Court's permission, I would like to file a response to this motion and plan to submit a response to the Court no later than noon on Thursday, February 13, 2025.  I respectfully request that the Court defer ruling on this motion until I have had a chance to submit a response.

Thank you for your kind attention to this matter.

Respectfully submitted,

Alistair B. Dawson

cc:    All Counsel of Record                          Via E-File

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Lisa Verm on behalf of Alistair Dawson
Bar No. 5596100
lverm@beckredden.com
Envelope ID: 97254750
Filing Code Description: Letter
Filing Description: Letter to 15th Court of Appeals Regarding Response to
Relators' Emergency Motion for Temporary Relief
Status as of 2/11/2025 4:02 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas AAllison | | doug@dallisonlaw.com | 2/11/2025 3:47:41 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |
| Michael Absmeier | 24050195 | mabsmeier@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |
| Barrett Reasoner | 16641980 | breasoner@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |
| Alistair Dawson | 5596100 | adawson@beckredden.com | 2/11/2025 3:47:41 PM | SENT |
| Roland Garcia | 7645250 | garciar@gtlaw.com | 2/11/2025 3:47:41 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |
| Vanessa AGilmore | | vg@robertsmarkland.com | 2/11/2025 3:47:41 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |
| Susan Gonzales | | susan@dallisonlaw.com | 2/11/2025 3:47:41 PM | SENT |
| Christina Pena | | cpena@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |
| Kim Brunkenhoefer | | kim@dallisonlaw.com | 2/11/2025 3:47:41 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 2/11/2025 3:47:41 PM | SENT |